```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
HUGO GOMEZ et al.,                    :
                                      :
              Plaintiffs,             :
                                      :
         -v-                          :     10 Civ. 3503 (JSR)
                                      :
BRILL SECURITIES, INC. et al.,        :
                                      :
              Defendants.             :     ORDER
------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/10

JED S. RAKOFF, U.S.D.J.

    For reasons to be set forth in a subsequent written opinion that will issue in due course, defendants' motion to compel arbitration is hereby granted and this action is stayed pending the resolution of the arbitration.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       August 12, 2010