Matthew Kadushin (MK-1968)
Charles Joseph (CJ-9442)
Michael D. Palmer (MP-5090)
D. Maimon Kirschenbaum (DK-2448)
JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM LLP
757 Third Avenue, 25th Floor
New York, NY 10017
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HUGO GOMEZ and ADAM GABIAM on
behalf of themselves and all others similarly
situated,                                                           INDEX NO. 10-CV-3503 (JSR)

        Plaintiffs,

    v.                                                           NOTICE OF VOLUNTARY
                                                                    DISMISSAL BY THE PLAINTIFFS
BRILL SECURITIES, INC., ROBERT                                      PURSUANT TO RULE 41 (a)(1)(A)
BROWN, NICHOLAS BROWN,
JONATHAN KURTIN, and DAVID
NUTKIS

        Defendants.

------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFFS PURSUANT TO RULE 41(a)(1)(A)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiffs hereby voluntarily dismisses the pending action against the Defendants without prejudice. In compliance with the Court's order, Plaintiffs understand that should they decide to prosecute their Fair Labor Standards Act (FLSA) claim at some point in the

future, it would necessarily need to proceed through arbitration. Nevertheless, Plaintiffs give notice to the Court and the parties that they do not intend to pursue their FLSA claim in any forum.

Dated: New York, New York        Respectfully submitted,
       November 3, 2010

                                 JOSEPH, HERZFELD, HESTER &
                                 KIRSCHENBAUM LLP

                                 By: /s/ Matthew D. Kadushin
                                 Matthew D. Kadushin (MK-1968)
                                 Michael D. Palmer (MP-5090)
                                 Charles E. Joseph (CJ-9442)
                                 757 Third Avenue, 25th Floor
                                 New York, NY 10017
                                 Tel: (212) 688-5640
                                 Fax: (212) 688-2548

                                 *Attorneys for Plaintiffs*

SO ORDERED:

/s/ [signature]
U.S.D.J.
11-4-10

2